Before WIDENER, DIANA GRIBBON MOTZ, and TRAXLER, Circuit JJ.

PER CURIAM.

Appellant appeals the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp.2000). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *See Johnson v. Gerraghty,* No. 3:00CV302 (E.D.Va. Sept. 8, 2000). Furthermore, we deny Appellant's motion for appointment of counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*

Before WILLIAMS, MOTZ, and KING, Circuit JJ.

PER CURIAM.

Darl D. Alt appeals the district court's order dismissing without prejudice his 42 U.S.C.A. § 1983 (West Supp.2000) complaint. Alt also seeks to appeal the district court's order dismissing without prejudice his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp.2000) for failure to exhaust state remedies. We have reviewed the record and the district court's opinion accepting the magistrate judge's recommendation and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Alt v. West Virginia,* No. CA–00–592 (S.D.W.Va. Aug. 8, 2000).

We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*

**Darl D. ALT, Plaintiff–Appellant,**

v.

**State of WEST VIRGINIA, Defendant–Appellee.**

No. 00–7142.

United States Court of Appeals, Fourth Circuit.

Submitted Dec. 15, 2000.

Decided Jan. 4, 2001.

**Conrad N. FREUND, Plaintiff– Appellee,**

v.

**Kenneth MITAN, Defendant–Appellant.**

No. 99–1915.

United States Court of Appeals, Fourth Circuit.

Submitted Nov. 20, 2000.

Decided Jan. 5, 2001.

Daniel C. Summerlin, Woods, Rogers & Hazelgrove, P.L.C., Roanoke, VA, for appellant. Michaux Raine, III, Raine & Perdue, P.L.C., Rocky Mount, VA, for appellee.

Before WILKINS and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

PER CURIAM.

Kenneth Mitan appeals the district court's order denying his motion to dismiss for lack of jurisdiction and entering a civil judgment against him for $147,056.67. On appeal, Mitan only alleges that the district court erred in finding that it had personal jurisdiction over him; he raises no issues related to the amount or propriety of the judgment itself. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *Freund v. Mitan,* No. CA–98–107–7 (W.D.Va. June 7, 1999) (denying motion to dismiss for reasons as stated from the bench). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*